No. 84–220. DUNLAP v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 84–222. STRACHAN SHIPPING CO. ET AL. v. BANKERS & SHIPPERS INSURANCE COMPANY OF NEW YORK ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–228. SHAHEEN NATURAL RESOURCES CO., INC. v. LA SOCIETE NATIONALE POUR LA RECHERCHE, LA PRODUCTION, LE TRANSPORT, LA TRANSFORMATION ET LA COMMERCIALISATION DES HYDROCARBURES. C. A. 2d Cir. Certiorari denied.

No. 84–234. WILKINSON v. HAMPERS. C. A. 1st Cir. Certiorari denied.

No. 84–235. SHOWCASE CINEMAS CONCESSIONS OF DEDHAM, INC., ET AL. v. SILVA ET AL. C. A. 1st Cir. Certiorari denied.

No. 84–242. HEGHMANN ET UX. v. CONNECTICUT SAVINGS BANK. Sup. Ct. Conn. Certiorari denied.

No. 84–246. ANGEL ET UX. v. RENN. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 84–250. CHIC MAGAZINE, INC. v. BRAUN ET UX. C. A. 5th Cir. Certiorari denied.

No. 84–251. EDWARDS ET AL. v. CONSOLIDATED RAIL CORPORATION. C. A. D. C. Cir. Certiorari denied.

No. 84–253. HSIUNG v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 84–255. GARLAM ENTERPRISES CORP. v. AUTORIDAD DE CARRETERAS DE PUERTO RICO. Sup. Ct. P. R. Certiorari denied.

No. 84–257. CITY OF LOS ANGELES ET AL. v. BUTTLER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.